PROB 12B
ED/AR (12/2012)

# United States District Court

## for the

### Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 1 1 2014

JAMES W. McCORMACK, CLERK
By: _Jackie_____
DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Errol Lamar Scott           Case Number:  4:05CR00004-04 JM

Name of Sentencing Judicial Officer:   Honorable James M. Moody
                                       United States District Judge

                                       Reassigned April 9, 2014
                                       Honorable James M. Moody Jr.
                                       United States District Judge

Original Offense:   Ct. 1:  Armed Bank Robbery
                    Ct. 3:  Felon in Possession of a Firearm

Date of Sentence:   March 24, 2006

Original Sentence:   120 months imprisonment on counts 1 and 3 to run concurrently with each other,
                     4 years supervised release, mandatory drug screening, substance abuse treatment,
                     DNA, and $200 special penalty assessment

Type of              Supervised     Date Supervision Commenced:  April 27, 2014
Supervision:         Release        Date Supervision Expires:  April 26, 2018

Drug and Alcohol Treatment      Asst. U.S. Attorney:      Defense Attorney:
Specialist:  Amber Dunn         Linda Lipe                To be determined

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

The defendant shall submit person and property to search and seizure at any time of the day or night by any law enforcement officer with or without a warrant and with or without reasonable or probable cause.

The Court authorizes the probation officer to disclose the pre-sentence report to the treatment provider. The treatment provider may provide information (excluding the pre-sentence report) to state or local social service agencies (such as the State of California, Department of Social Services) for the purpose of the client's rehabilitation.

As directed by the probation officer, the defendant shall pay all or part of the costs of treating the defendant's drug dependency/alcohol dependency/psychiatric disorder to the aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. § 3672. The defendant shall provide payment and proof of payment as directed by the probation officer.

Prob 12B
-2-

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender:  Errol Scott

Case Number:  4:05CR00004-04 JM

## CAUSE

The defendant has requested that he be permitted to release to the residence of his fiancee`in Perris, California, where he has familial ties and support.  The Central District of California has agreed to accept transfer of supervision contingent upon the above-mentioned modifications of the defendant's supervision.

On April 10, 2014, Mr. Scott spoke with Latrece Gray of the Federal Public Defender's Office regarding this modification.  Ms. Gray had no objections to modifying the conditions of Mr. Scott's supervised release.

_____
Amber Dunn
Drug and Alcohol Treatment Specialist

Date: April 10, 2014

_____
Linda Lipe
Assistant U.S. Attorney

Date:   4-10-14

Approved:

_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐  No Action
☐  The Extension of Supervision as Noted Above
☒  The Modification of Conditions as Noted Above
☐  Other

_____
Signature of Judicial Officer

4 | 10 | 14

Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant U.S. Attorney Linda Lipe, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance
of counsel before any unfavorable change may be made in my Conditions of Probation and
Supervised Release or my period of supervision being extended.  By 'assistance of counsel', I
understand that I have the right to be represented at the hearing by counsel of my own choosing if
I am able to retain counsel.  I also understand that I have the right to request the Court to appoint
counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of
my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I
also agree to the following modification of my Conditions of Probation and Supervised Release
or to the proposed extension of my term of supervision:

**The defendant shall submit person and property to search and seizure at any time of the
day or night by any law enforcement officer with or without a warrant and with or without
reasonable or probable cause.**

**The Court authorizes the probation officer to disclose the pre-sentence report to the
treatment provider.  The treatment provider may provide information (excluding the pre-
sentence report) to state or local social service agencies (such as the State of California,
Department of Social Services) for the purpose of the client's rehabilitation.**

**As directed by the probation officer, the defendant shall pay all or part of the costs of
treating the defendant's drug dependency/alcohol dependency/psychiatric disorder to the
aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. §
3672.  The defendant shall provide payment and proof of payment as directed by the
probation officer.**

Witness: _____        Signed: _____
              U.S. Probation Officer                          Probationer or Supervised Releasee

_____
DATE

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance
of counsel before any unfavorable change may be made in my Conditions of Probation and
Supervised Release or my period of supervision being extended.  By `assistance of counsel`, I
understand that I have the right to be represented at the hearing by counsel of my own choosing if
I am able to retain counsel.  I also understand that I have the right to request the Court to appoint
counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of
my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I
also agree to the following modification of my Conditions of Probation and Supervised Release
or to the proposed extension of my term of supervision:

**The defendant shall submit person and property to search and seizure at any time of the
day or night by any law enforcement officer with or without a warrant and with or without
reasonable or probable cause.**

**The Court authorizes the probation officer to disclose the pre-sentence report to the
treatment provider.  The treatment provider may provide information (excluding the pre-
sentence report) to state or local social service agencies (such as the State of California,
Department of Social Services) for the purpose of the client's rehabilitation.**

**As directed by the probation officer, the defendant shall pay all or part of the costs of
treating the defendant's drug dependency/alcohol dependency/psychiatric disorder to the
aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. §
3672.  The defendant shall provide payment and proof of payment as directed by the
probation officer.**

Witness: _____        Signed: _____
U.S. Probation Officer                                   Probationer or Supervised Releasee

_____
DATE   04/10/14

_____
Assistant Federal Defender
4-10-14